# UNITED STATES DISTRICT COURT
## District of Kansas
(Kansas City Docket)

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

        v.                   **CASE NO.** 25-20043-BP

**MONTRESSA CUNNINGHAM,**
also known as "Monty Millions,"

        **Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

## I. BACKGROUND

At all times relevant to this Indictment:

1. The Honorable Toby Crouse ("Judge Crouse") was a United States District Judge for the District of Kansas, appointed by the President of the United States and confirmed by the United States Senate.

2. The defendant, MONTRESSA CUNNINGHAM, was charged in an Indictment with various felony criminal offenses by a grand jury sitting in the

1

District of Kansas in case number 5:21cr40105; found guilty by a jury; and sentenced by Judge Crouse to federal prison.

3. Kansas Department for Children and Families ("Kansas DCF") was a government entity that investigated reports of child abuse and neglect to ensure children are in safe environments.

## COUNT 1
*18 U.S.C. §§ 1503 and 2*
*(Obstruction of Justice)*

4. In and around April 2024, in the District of Kansas and elsewhere, the defendant,

**MONTRESSA CUNNINGHAM,**
a/k/a "Monty Millions,"

did knowingly and corruptly (1) and by threats and communication; endeavor to influence, intimidate, and impede an officer in and of a court of the United States, and (2) injure and attempt to injure such officer in his person and property on account of the performance of his official duties, and (3) and by threats and communication; influence, obstruct, and impede and endeavor to influence, obstruct, and impede the due administration of justice in *U.S. v. Cunningham, et al.*, Case Number 5:21cr40105, in the U.S. District Court for the District of Kansas by causing defendant CUNNINGHAM's minor daughter to impersonate Person 1, a minor and an immediate family member of Judge Crouse, and make a false report

2

of sexual and physical abuse against Judge Crouse to Kansas DCF.

All in violation of 18 U.S.C. §§ 1503 and 2.

## COUNT 2
*18 U.S.C. § 401(3)*
*(Contempt)*

5. On December 8, 2021, defendant CUNNINGHAM was federally charged and subsequently placed on pretrial release.

6. On January 20, 2022, the Honorable Magistrate Judge Linda T. Walker in the Northern District of Georgia issued an Order Setting Conditions of Release for defendant CUNNINGHAM in *U.S. v. Cunningham, et al.*, Case Number 5:21cr40105 (the "Court Order").

7. On February 3, 2022, the Court Order was adopted by the Honorable Magistrate Judge Angel D. Mitchell in the District of Kansas. One of the specific conditions in the Court Order was "The defendant shall not commit any offense in violation of federal, state or local law while on release in this case."

8. In and around April 2024, in the District of Kansas and elsewhere, the defendant,

**MONTRESSA CUNNINGHAM,**
**a/k/a "Monty Millions,"**

did willfully and knowingly disobey and resist one or more lawful orders, decrees, and commands of the Honorable Magistrate Judge Angel D. Mitchell in the

3

District of Kansas of which he had actual knowledge, namely, the adopted January 20, 2022 Order Setting Conditions of Release, in Case Number 5:21cr40105. Specifically, defendant CUNNINGHAM caused his minor daughter to impersonate Person 1 and make a false report of sexual and physical abuse against Judge Crouse to Kansas DCF, thereby violating Kansas Criminal Code 21-5904 (Interference with Law Enforcement).

All in violation of 18 U.S.C. § 401(3).

## COUNT 3
*47 U.S.C. § 223(a)(1)(C)*
*(Anonymous Interstate Harassing Telephone Call)*

9.  In and around April 2024, in the District of Kansas and elsewhere, the defendant,

**MONTRESSA CUNNINGHAM,**
a/k/a "Monty Millions,"

in interstate and foreign communications, made and caused to be made a telephone call and utilized a telecommunications device without disclosing his identity and with the intent to abuse, threaten, and harass Judge Crouse and Person 1.

All in violation of 47 U.S.C. §§ 223(a)(1)(C) and 18 U.S.C. § 2.

//

//

//

### *Notice and Allegation of Enhanced Penalty For Offense Committed While on Release 18 U.S.C. § 3147(1)*

The allegations set forth in this Indictment are incorporated by reference and realleged as though fully set forth herein.

Defendant CUNNINGHAM was on release pursuant to an order dated January 20, 2022, from the Honorable Magistrate Judge Linda T. Walker in the Northern District of Georgia, and said order was adopted by the Honorable Magistrate Judge Angel D. Mitchell in the District of Kansas on February 3, 2022, in *U.S. v. Cunningham, et al.*, Case Number 5:21cr40105, which order notified defendant CUNNINGHAM of the potential effect of committing an offense while on pretrial release, stating in part as follows:

"The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than ten years, if the offense is a felony….This sentence shall be in addition to any other sentence. Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to … intimidate or attempt to intimidate … a[n] officer of the court."

//

//

//

On or about the dates set forth above and alleged in Counts 1 through 3 of the Indictment, and while on release pursuant to the Court Order, defendant CUNNINGHAM committed each of the specific offenses as alleged, and such violations were in violation of Title 18, United States Code § 3147(1).

A TRUE BILL.

June 4, 2025                                    s/ Foreperson
DATE                                            FOREPERSON OF THE GRAND JURY


FELICE JOHN VITI
ACTING UNITED STATES ATTORNEY

By: */s/ Jacob J. Strain*
JACOB J. STRAIN
SACHIKO JEPSON
Special Attorneys
Acting Under Authority Conferred by 28 U.S.C. § 515
Attorneys for the United States of America
111 South Main Street, Ste. 1800 • Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Email: Jacob.Strain@usdoj.gov
Phone: (801) 325-3285
Utah Bar Number: 12680


IT IS REQUESTED THAT THE TRIAL BE HELD IN KANSAS CITY, KANSAS

# **PENALTIES**

### **Count 1: 18 U.S.C. §§ 1503 and 2 (*Obstruction of Justice*)**

- Punishable by a term of imprisonment of up to ten (10) years. 18 U.S.C. § 1503(b)(3).

- A term of supervised release of up to 3 years. 18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

### **Counts 2: 18 U.S.C. § 401(3)(*Contempt*)**

- Punishable by a term of any length of imprisonment. 18 U.S.C. § 401.

- A term of supervised release of up to five (5) years.  18 U.S.C. § 3583(b)(1).

- A fine of any amount ordered by the Court. 18 U.S.C. § 401.

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

### **Counts 3: 47 U.S.C. § 223(a)(1)(C)(*Anonymous Interstate Harassing Telephone Call*)**

- Punishable by a term of imprisonment of up to two (2) years. 47 U.S.C. § 223(a).

- A term of supervised release of up to one (1) year.  18 U.S.C. § 3583(b)(3).

- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).